IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.                              CASE NO. 4:11-CR-40037-005

TERREAL DUKE                                                                    DEFENDANT

### ORDER

Before the Court is a Motion to Dismiss Indictment Without Prejudice filed by the United States of America. (ECF No. 1294). Pursuant to Fed. R. Crim. P. 48(a), the United States moves the Court to dismiss the Indictment as to Defendant Terreal Duke, only, as to Counts 1 and 14. Accordingly, the Indictment as to Defendant Terreal Duke, only, as to Counts 1 and 14 is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 19th day of December, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge